ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25:CR-00099-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND PROTECTIVE ORDER** |
| FELIX ALEJANDRO, | |
| Defendant. | |

WHEREAS, the discovery in this case contains personal identifying information, including, including but not limited to, dates of birth, driver's license numbers, bank records, bank statements, residential addresses, phone numbers, photographs, and audio recordings of any non-law enforcement witness ("Protected Information"); and

WHEREAS, the parties desire to avoid the disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant Felix Alejandro, by and through his counsel of record, ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Cody S. Chapple, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to any Protected Information produced or made available to Defense Counsel in this case ("the discovery"). This Order also relates to any verbal communications between the government and Defense Counsel about the confidential information.

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents, recordings, or other information, verbal or written, that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense counsel will return the discovery to the Government at the conclusion of the case after the exhaustion of all direct and collateral appeals or certify that the discovery has been destroyed.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///
///
///
///
///
///
///
///

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: November 26, 2025

ERIC GRANT
United States Attorney

By:  /s/ Cody Chapple
JEFFREY A. SPIVAK
CODY S. CHAPPLE
Assistant United States Attorney

Dated: November 26, 2025      By:  /s/ *Michael Aed*
Michael Aed
Attorney for Defendant
FELIX ALEJANDRO

IT IS SO ORDERED.

Dated:  **December 22, 2025**            /s/ [signature]
UNITED STATES MAGISTRATE JUDGE